TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FRANCES M. KREAMER HOPE
Assistant U.S. Attorney
State Bar No. 025608
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Frances.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

**VICTIM**   **FILED**

2026 APR -8  PM 4:59

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR26-01585 TUC-AMM(EJM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Christopher Wayne Kilpatrick,<br><br>        Defendant. | **I N D I C T M E N T**<br><br>Violations:<br><br>18 U.S.C. §§ 7 and 113(a)(3)<br>Assault with a Dangerous Weapon<br>Count 1<br><br>18 U.S.C. §§ 7 and 113(a)(6)<br>Assault Resulting in Serious Bodily Injury<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about January 14, 2026, within the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, namely Federal Correctional Complex – Tucson, on land acquired for the use of the United States and under its exclusive or concurrent jurisdiction, the defendant, CHRISTOPHER WAYNE KILPATRICK, did intentionally and knowingly assault the victim, N.P., with a dangerous weapon, to wit: a cane, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 7 and 113(a)(3).

<u>COUNT 2</u>

On or about January 14, 2026, within the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, namely Federal Correctional Complex – Tucson, on land acquired for the use of the United States and under

its exclusive or concurrent jurisdiction, the defendant, CHRISTOPHER WAYNE KILPATRICK, did intentionally, knowingly, and recklessly assault the victim, N.P., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 7 and 113(a)(6).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 8, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

FRANCES M. KREAMER HOPE
Assistant U.S. Attorney

*United States of America v. Christopher Wayne Kilpatrick*
*Indictment Page 2 of 2*